1038

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. WINTER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-8-01506-6, Scott Neilson, J. Pro Tem., entered October 7, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. NOAH D. STOLZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-8-01819-7, Paula Casey, J., entered December 9, 1997. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ALETA J. WELCH, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00006-4, Joel M. Penoyar, J., entered March 6, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Armstrong, JJ.

*In the Matter of the Marriage of* KRISTIE L. BARTLE, *Respondent*, and STANLEY W. BARTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-3-02032-9, Brian Tollefson, J., entered March 2, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Hunt, JJ.